# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **Maria Kamci,** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) )  Civil Action No. 1:25-cv-00834-CL |
| **International Assets Market, Fran Davis, Barry Duvigneaud, and John Does 1 - 20,** | ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Dennis Badilla, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Barry Duvigneaud in Jackson County, OR on June 9, 2025 at 6:44 pm at 715 W 1st Street, Phoenix, OR 97535 by personal service by handing the following documents to an individual identified as Barry Duvigneaud.

Summons In A Civil Action, Complaint Demand for Jury Trial

Additional Description:
Older gentleman

White Male, est. age 55-64, glasses: Y, Unknown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.26992,-122.823005
Photograph: See Exhibit 1


Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_____Jackson County_____,

___OR_____ on ___6/11/2025_____.

*/s/ Dennis Badilla*
_____
Signature
Dennis Badilla
+1 (541) 821-4157



Exhibit 1a)