UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| Maria Kamci, *Plaintiff*, v. International Assets Market, *et al*., *Defendants*. | Case No. 1:25-cv-00834-CL  **Proof of Service** |

I, Evan Cole, state and swear as follows.

I hereby certify that on July 1, 2025, I served International Assets Market with the Summons and Complaint via website live chat as authorized in the Order Granting Plaintiff's Motion for Alternate Service.

1

## VERIFICATION

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
The Hoda Law Firm, PLLC

Dated: July 1, 2025