UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| Maria Kamci,<br><br>    *Plaintiff*,<br><br>v.<br><br>International Assets Market, *et al.*,<br><br>    *Defendants*. | Case No. 1:25-cv-00834<br><br>**Proof of Service** |

I, Maria Kamci, state and swear as follows.

I hereby certify that on July 2, 2025, I served Fran Davis with the Summons and Complaint via Facebook Messenger as authorized in the Order Granting Plaintiff's Motion for Alternative Service.

- 1 -

- 2 -

## VERIFICATION

I, Maria Kamci, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Maria Kamci

Dated:   July 2, 2025

Doc ID: ca1a3024fc708c99566e0e5e92314e77d9b5f4de