UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

Maria Kamci,

    *Plaintiff*,

v.

International Assets Market, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00834

**Declaration in Support of Plaintiff's Second Motion for Expedited Discovery**

I, Evan Cole, state and swear as follows.

**I.    Introduction**

1. My name is Evan Cole. I am of sound mind and capable of making this Affidavit. I have personal knowledge of the facts stated herein.

2. I am the Head of Investigations at The Hoda Law Firm, PLLC. I am experienced in blockchain investigations and am knowledgeable about the pig-butchering scam epidemic and the tactics of cybercriminals like the Defendants in this case. I hold the Chainalysis Cryptocurrency Fundamentals and Chainalysis Reactor Certifications, and the Lukka Crypto Asset Investigation I Certification.

- 2 -

**II.     Subpeona Responses**

3.    I have reviewed the materials produced by several third parties who were previously served with subpoenas in this matter. Those materials included: (i) records showing the live-chat history between the IAT scammers and the various scam victims who used the fraudulent trading platform at iatmarket.com and (ii) records showing customer account information from the website-hosting provider that the scammers used to operate iatmarket.com.

4.    The live-chat records produced showed that the defendants were operating a series of archetypical pig-butchering scams via the IAT Market platform. Specifically, the records showed live-chat conversations between the defendants and at least thirty-nine distinct victims. Each of these victims was subjected to the same scam "playbook" as Ms. Kamci and the victims in the dozens of other pig-butchering scam cases I have investigated.

5.    The web-hosting records produced showed that the customer account associated with the IAT website was created by an individual claiming to be named "Larry Gaggaz," who paid for the web-hosting services provided using cryptocurrencies. This was a particularly telling development because it revealed that the same scammers were operating both the IAT platform *and* an apparently distinct fraudulent trading platform at issue in a different case investigated by my firm. The fact that "Larry Gaggaz" appeared as the accountholder with identical contact and biographical information in two distinct pig-butchering scam cases is confirmation that the

defendants are a syndicate of cybercriminals running pig-butchering scams on a large scale.

### III.   Transfer Records

6.   I have personally reviewed the communications and transaction records showing that the defendants instructed plaintiff Maria Kamci to direct wire transfers totalling $90,000.00 to the account of Barry Duvigneaud at Wells Fargo Bank. Each time Ms. Kamci wired assets to Duvigneaud's account, the "deposit" she had purportedly made would be reflected in her account on the IAT Markets platform. This indicates that Duvigneaud was in fact coordinating and conspiring with the operators of the IAT Market platform, such that the transfer of assets to Duvigneaud's account would trigger a fraudulent "update" to Ms. Kamci's IAT Market account.

**[SIGNATURE PAGE FOLLOWS]**

- 4 -

**VERIFICATION**

I, Evan Cole, hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_____
Evan Cole
Head of Investigations
The Hoda Law Firm, PLLC
evan@thehodalawfirm.com

August 27, 2025

- 4 -