# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON MEDFORD DIVISION

| | |
|---|---|
| **John Doe** </br> *Plaintiff* </br> v. </br> **International Assets Market, et al.,** </br> *Defendant* | Civil Action No. 1:25-cv-00834 |

## AFFIDAVIT OF SERVICE

I, Dennis Badilla, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Barry Duvigneaud in Jackson County, OR on August 26, 2025 at 9:34 am at 715 West 1st Street, Phoenix, OR 97535 by personal service by handing the following documents to an individual identified as Barry Duvigneaud.

2025-08-19 Second Motion for Expedited Discovery (filing)

Additional Description:
Barry was wearing a hat and wore glasses handed him the paperwork as he was leaving his residence. Didn't say anything to me.

White Male, est. age 55-64, glasses: Y, Unknown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.2697844727,-122.8160685808
Photograph: See Exhibit 1

Total Cost: $106.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Jackson County   ,

   OR    on   8/27/2025  .

/s/ *Dennis Badilla*

Signature
Dennis Badilla
+1 (541) 821-4157



