UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | | |
|---|---|---|
| Maria Kamci, | § § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CASE NO. 1:25-cv-00834-CL |
| International Assets Market, *et al.*, | § § § | |
| *Defendants*. | § § § | |

# ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiff's Second Motion for Expedited Discovery. The Court finds that the motion is well-taken and that good cause exists to allow Plaintiff to depose Defendant Duvigneaud and subpoena his bank records. The motion is therefore **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to notice and take the deposition of Defendant Barry Duvigneaud and subpoena his bank records from Wells Fargo Bank.

The deposition may be conducted at a time and place to be determined by Plaintiff, provided it occurs in or near Medford, Oregon, where Defendant Duvigneaud resides, or remotely.

- 2 -

Dated:  August 27, 2025                              Prepared By:

THE HODA LAW FIRM, PLLC

_____
Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77080
marshal@thehodalawfirm.com
(832) 848-0036

*Attorney for Plaintiff*

- 2 -