UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| Maria Kamci, *Plaintiff*, v. International Assets Market, *et al.*, *Defendants*. | Case No. 1:25-cv-00834 **Plaintiff's Motion for Entry of Protective Order** |

Plaintiff Maria Kamci hereby moves the Court for entry of a Protective Order in the form as attached in Exhibit A.

Nonparty Binance Ltd. has requested entry of this Order prior to production of documents responsive to Plaintiff's prior subpoena.

- 1 -

Dated: September 12, 2025	Respectfully submitted,

THE HODA LAW FIRM, PLLC

*/s/ Marshal J. Hoda*
_____
Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy. Ste. 101
PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*