### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| Maria Kamci,<br><br>      *Plaintiff,*<br><br>  v.<br><br>International Assets Market, *et al.,*<br><br>      *Defendants.* | Case No. 1:25-cv-00834<br><br><br>**Plaintiff's Motion for Entry of Amended Scheduling Order** |

Plaintiff Maria Kamci hereby moves the Court for entry of an amended scheduling order in the form filed concurrently with this motion. In support, she shows the Court as follows.

In this case, Plaintiff alleges that she was the victim of a "pig butchering scam" perpetrated by the defendants. Since she filed the case, Plaintiff has been diligently pursuing evidence about the defendants' true locations and identities pursuant to the Court's initial authorization of expedited discovery.[1] While she has gained much information about the defendants, the evidence-gathering process continues as of the date of this Motion. Plaintiff has filed two motions

---

[1] Dkt. 13 (authorizing Plaintiff to issue third-party subpoenas).

- 1 -

that will advance this process that remain pending in the docket as of the date of this Motion: (i) her Second Motion for Expedited Discovery, seeking to depose Defendant Barry Duvigneaud and subpoena his bank records, and (ii) her Motion for Protective Order, which seeks entry of a protective order that would be applicable to records produced to her by the Binance cryptocurrency exchange. Plaintiff will move forward immediately with discovery in these areas should the Court see fit to grant these pending Motions.

Under the operative Scheduling Order, the discovery period is set to conclude on September 15, 2025. Considering the circumstances described above, Plaintiff requests an extension of the discovery period by ninety days, to December 15, 2025, and the suspension of other scheduling deadlines. This will allow her to complete the discovery process and move the case toward resolution by identifying the defendants and, in all likelihood, adding additional co-conspirators as defendants as their identities are revealed in the discovery process. Should the Court see fit to grant this relief, Plaintiff would of course remain ready and willing to provide the Court with a robust status report at any time.

Dated:  September 15, 2025                    Respectfully submitted,

                                              THE HODA LAW FIRM, PLLC


                                              _____

                                              Marshal J. Hoda, Esq.
                                              Tx. Bar No. 2411009
                                              3120 Southwest Fwy. Ste. 101
                                              PMB 51811
                                              Houston, TX 77098
                                              o. (832) 848-0036
                                              marshal@thehodalawfirm.com

                                              *Attorney for Plaintiff*