UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | | |
|---|---|---|
| Maria Kamci, § | | |
|    *Plaintiff,* § | | |
| VS. § | CASE NO. 1:25-cv-00834-CL | |
| International Assets Market, *et al.*, § | | |
|    *Defendants.* § | | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Before the Court is Plaintiff's Motion for Entry of Amended Scheduling Order. The Court finds that the motion is well-taken and that good cause exists to extend the discovery period as requested in Plaintiff's Motion.

**IT IS HEREBY ORDERED** that the discovery period is extended to December 15, 2025, and other scheduling deadlines are suspended. Plaintiff shall file a status report with the Court on _____.

- 1 -

- 2 -

Dated:  September 15, 2025          Prepared By:

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77080
marshal@thehodalawfirm.com
(832) 848-0036

*Attorney for Plaintiff*