UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | | |
|---|---|---|
| Maria Kamci, | § § § | |
| *Plaintiff*, | § § | |
| VS. | § § | CASE NO. 1:25-cv-00834-CL |
| International Assets Market, *et al.*, | § § § | |
| *Defendants*. | § § § | |

### ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXPEDITED DISCOVERY

Before the Court is Plaintiff's Second Motion for Expedited Discovery. The Court finds that the motion is well-taken and that good cause exists to allow Plaintiff to depose Defendant Duvigneaud and subpoena his bank records. The motion is therefore **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiff is granted leave to notice and take the deposition of Defendant Barry Duvigneaud and subpoena his bank records from Wells Fargo Bank.

The deposition may be conducted at a time and place to be determined by Plaintiff, provided it occurs in or near Medford, Oregon, where Defendant Duvigneaud resides, or remotely.

It is so ORDERED and DATED this 16 day of September, 2025.

MARK D. CLARKE
United States Magistrate Judge