**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**MEDFORD DIVISION**

|  |  |
|---|---|
| Maria Kamci, | |
| *Plaintiff,* | Case No. 1:25-cv-00834 |
| v. | |
| International Assets Market, *et al.,* | **Plaintiff's Notice of Voluntary Dismissal** |
| *Defendants.* | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Maria Kamci hereby provides notice of voluntary dismissal of the above-captioned action without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

- 1 -

- 2 -

Dated:  March 20, 2026

Respectfully submitted,

THE HODA LAW FIRM, PLLC

_____

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com


*/s/ Casey S. Murdock*
Casey S. Murdock, OSD
#144914
Frohnmayer, Deatherage,
Jamieson, Moore, Armosino &
McGovern, P.C.
murdock@fdfirm.com

*Attorneys for Plaintiff*